994 So.2d 483 (2008)
Tamorris WOOTEN, Appellant,
v.
EDUCATION PRACTICES COMMISSION, FLORIDA DEPARTMENT OF EDUCATION, Appellee.
No. 1D08-4790.
District Court of Appeal of Florida, First District.
November 6, 2008.
Tamorris Wooten, pro se, Appellant.
Charles T. Whitelock of Charles T. Whitelock, P.A., Fort Lauderdale, for Appellee.
PER CURIAM.
DISMISSED. Millinger v. Broward County Mental Health Div., 672 So.2d 24 (Fla.1996).
WEBSTER, LEWIS, and HAWKES, JJ., concur.